MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Fax: (415) 436-7234
E-Mail: Matthew.McCarthy@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 10-0104-SI |
| Plaintiff, ) ) | [~~PROPOSED~~] STIPULATED ORDER CONTINUING STATUS CONFERENCE |
| v. ) ) | **Current Hearing Date:** **May 4, 2012** |
| ) | Time: 11:00 am |
| THERESA YUET-HA YUENG, ) | Judge: Hon. Susan Illston |
| Defendants. ) | **Proposed Hearing Date:** **June 15, 2012** |
| ) | Time: 11:00 am |

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 10-104-SI

1    The above-captioned case is currently scheduled for a change-of-plea on Friday, May 4, 2012 at 11:00 a.m.  However, counsel for the defendant has recently requested additional discovery from the government, which government counsel is now endeavoring to produce.  Accordingly, the parties jointly request that the change-of-plea be continued to June 15, 2012.

Further, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act calculations from May 4, 2012 through June 15, 2012 for effective preparation of counsel.  The parties agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence.  The "speedy trial" date for this matter is therefore August 24, 2012.

IT IS SO STIPULATED.

| 5/2/12 | /s/ |
|---|---|
| DATED | MELINDA HAAG<br>United States Attorney<br>Northern District of California<br>MATTHEW L. McCARTHY<br>Assistant United States Attorney |

| 5/2/12 | /s/ |
|---|---|
| DATED | DOUGLAS RAPPAPORT<br>Attorney for Theresa Yuet-Ha Yeung |

**[PROPOSED] ORDER**

For good cause shown, the status conference now scheduled for Friday, May 4, 2012 is vacated. The matter shall be added to the Court's calendar on Friday, June 15, at 11:00 a.m. for change of plea.

In addition, for the reasons stated above, the Court finds that an exclusion of time from May 4, 2012 through June 15, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(7)(B)(iv).

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence, and the "speedy trial" date by which trial must commence is therefore August 24, 2012.

IT IS SO ORDERED.

__5/4/12_____
DATED

_____
HON. SUSAN ILLSTON
United States District Court Judge