1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  MATTHEW L. McCARTHY (CABN 217871)
   Assistant United States Attorney
5

6     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-7200
      Fax: (415) 436-7234
8     E-Mail: Matthew.McCarthy@usdoj.gov

9  Attorneys for Plaintiff

10

11                          UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13                              SAN FRANCISCO DIVISION

14

15 | UNITED STATES OF AMERICA,           ) CR No. 10-0104-SI
   |                                     )
16 |     Plaintiff,                      ) [PROPOSED] STIPULATED ORDER
   |                                     ) CONTINUING STATUS CONFERENCE
17 |     v.                              )
   |                                     ) **Current Hearing Date:** November 1, 2012
18 |                                     ) Time:                    11:00 am
   | THERESA YUET-HA YUENG,              ) Judge:                   Hon. Susan Illston
19 |                                     )
   |     Defendants.                     ) **Proposed Hearing Date:** December 14, 2012
20 |_____) Time:                     11:00 am

21

...

28

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 10-104-SI

**1**     The above-captioned case is currently scheduled for a change-of-plea on Thursday,
**2** November 1, 2012 at 11:00 a.m. However, the government has received new information
**3** relating to this case, which it is now producing to the defense. Defense counsel will then require
**4** time to investigate the information contained therein. Accordingly, the parties jointly request
**5** that the change-of-plea be continued to December 14, 2012.
**6**     Further, the parties stipulate and jointly request that time be excluded from the Speedy
**7** Trial Act calculations from November 1, 2012 through December 14, 2012 for effective
**8** preparation of counsel. The parties agree that the ends of justice served by granting such a
**9** continuance outweighed the best interests of the public and the defendants in a speedy trial. *See*
**10** 18 U.S.C. § 3161(h)(7)(A).
**11**     Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days
**12** remaining before the trial in this case must commence. The "speedy trial" date for this matter is
**13** therefore February 22, 2013.

IT IS SO STIPULATED.

　10-30-12　　　　　　　　　　　　　　　　　　　/s/　　　　　　　　　

DATED                           MELINDA HAAG
                                United States Attorney
                                Northern District of California
                                MATTHEW L. McCARTHY
                                Assistant United States Attorney


　10-30-12　　　　　　　　　　　　　　　　　　　/s/　　　　　　　　　

DATED                           DOUGLAS RAPPAPORT
                                Attorney for Theresa Yuet-Ha Yeung

**[PROPOSED] ORDER**

For good cause shown, the status conference now scheduled for Thursday, November 1, 2012 is vacated. The matter shall be added to the Court's calendar on Friday, December 14, 2012 at 11:00 a.m. for change of plea.

In addition, for the reasons stated above, the Court finds that an exclusion of time from November 1, 2012 through December 14, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(7)(B)(iv). Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence, and the "speedy trial" date by which trial must commence is therefore February 22, 2013.

IT IS SO ORDERED.

_10/31/12_
DATED

HON. SUSAN ILLSTON
United States District Court Judge