1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  MATTHEW L. McCARTHY  (CABN 217871)
   Assistant United States Attorney
5

6     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
7     Telephone:  (415) 436-7200
      Fax: (415) 436-7234
8     E-Mail: Matthew.McCarthy@usdoj.gov

9  Attorneys for Plaintiff

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,          )   CR No. 10-0104-SI
                                       )
16          Plaintiff,                 )   [~~PROPOSED~~] STIPULATED  ORDER
                                       )   CONTINUING STATUS CONFERENCE
17     v.                              )
                                       )   **Current Hearing Date:** **December 14, 2012**
18                                     )   Time:                    11:00 am
    THERESA YUET-HA YUENG,             )   Judge:                   Hon. Susan Illston
19                                     )
            Defendants.                )   **Proposed Hearing Date:** **January 25, 2013**
20  _____)   Time:                    11:00 am

21

22

23

24

25

26

27

28

The above-captioned case is currently scheduled for a change-of-plea on Friday, December 14, 2012 at 11:00 a.m. However, at the defendant's request, the government will soon produce additional information relevant to this case. Defense counsel will then require time to investigate the information contained therein. Accordingly, the parties jointly request that the change-of-plea be continued to January 25, 2013.

Further, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act calculations from December 14, 2012 through January 25, 2013 for effective preparation of counsel. The parties agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence. The "speedy trial" date for this matter is therefore April 5, 2013.


IT IS SO STIPULATED.

| 12-12-12 | /s/ |
|---|---|
| DATED | MELINDA HAAG |
| | United States Attorney |
| | Northern District of California |
| | MATTHEW L. McCARTHY |
| | Assistant United States Attorney |

| 12-12-12 | /s/ |
|---|---|
| DATED | DOUGLAS RAPPAPORT |
| | Attorney for Theresa Yuet-Ha Yeung |

# [~~PROPOSED~~] ORDER

For good cause shown, the status conference now scheduled for Thursday, December 14, 2012 is vacated. The matter shall be added to the Court's calendar on Friday, January 25, 2013 at 11:00 a.m. for change of plea.

In addition, for the reasons stated above, the Court finds that an exclusion of time from December 14, 2012 through January 25, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(7)(B)(iv). Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence, and the "speedy trial" date by which trial must commence is therefore April 5, 2013.

IT IS SO ORDERED.

 12/13/2012
_____
DATED

_Susan Illston_

HON. SUSAN ILLSTON
United States District Court Judge