LAW OFFICE OF ALONZO J. GRADFORD
ALONZO J. GRADFORD, SBN 244201
1202 H Street, Suite C
Modesto, California 95354
209/408-0342 (telephone)
209/408-0797 (facsimile)

Attorney for Defendant Henry Ng

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HENRY NG,<br>~~YEUNG ET AL,~~<br><br>    Defendant | Case No. 3:10-cr-00104-SI<br><br>[~~PROPOSED~~] STIPULATED ORDER CONTINUING STATUS CONFERENCE<br><br>Current Hearing Date:<br>September 20, 2012<br><br>Time: 11:00 am<br>Judge: Hon. Susan Illston |

The above-captioned case is currently scheduled for sentencing on Friday, September 20, 2013. However, counsel for the defendant is currently involved in a multiple defendant multiple felony preliminary hearing that day. Because of this, the parties have been unable to resolve certain sentencing issues, and require additional time in advance of the sentencing hearing.

The parties therefore jointly request that this matter be continued one month to the Court's regularly scheduled calendar on October 18, 2013 for sentencing. The parties have discussed the proposed continuance with the Probation Officer, who is in

agreement with the proposed date.  In addition, the co-defendant in this case, Theresa Yeung, is scheduled to be sentenced on that date.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  September 17, 2013     By:    /s/ Alonzo Gradford
                                      Alonzo Gradford

                                      Attorneys for Defendant
                                      HENRY NG

                                      **UNITED STATES ATTORNEY'S OFFICE**

Dated:  September 17, 2013     By:    /s/ Matthew L. McCarthy
                                      Matthew L. McCarthy

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

### [PROPOSED] ORDER

For good cause shown, the sentencing hearing now scheduled for Friday, September 20, 2013 is vacated. The matter shall be added to the Court's calendar on Friday, October 18, 2013 for sentencing.

IT IS SO ORDERED.

DATED:  9/19/13                       _____
                                      HON. SUSAN ILLSTON
                                      United States District Court Judge